UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, successor by merger to FIRST NIAGARA BANK, NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>MITIGATE INJURY MANAGEMENT, INC., PAUL F. SHELTER and JULIETA E. SHELTER,<br><br>    Defendants. | Case No. 1:21-cv-1086 |

## ORDER OF DEFAULT JUDGMENT
### (Doc. 15)

This cause came on to be heard upon Plaintiff's Motion for Default Judgment. Defendants Mitigate Injury Management, Inc., Paul F. Shelter, and Julieta E. Shelter, having been duly served with a Summons and Complaint in the above-entitled action, and having defaulted for failure to answer, appear, or otherwise move as to the Complaint, and Defendants not being an infant or incompetent person or in the service of the Armed Forces of the United States; and Plaintiff having filed a Declaration in support of the motion setting forth a particular statement of items of the claim, their amounts and dates, a calculation in figures of the amount of interest, the payments or credits, if any, and the net amount due, and identifying a scrivener's error in the caption and pleadings of the instant action;

IT IS ORDERED AND ADJUDGED that Plaintiff recover on Plaintiff's Complaint the total judgment amount of $341,932.66, plus statutory post-judgment interest, against Defendants Mitigate Injury Management, Inc., Paul F. Shelter, and Julieta E. Shelter, jointly and severally, and that Plaintiff have execution therefore.

IT IS FURTHER ORDERED AND ADJUDGED that the caption and all pleadings be corrected to reflect the name of Defendant to be Julieta E. Shelter

Dated at Burlington, in the District of Vermont, this 22nd day of April, 2022.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court